Orlando B. Foote, SBN 031275
Margarita Haugaard, SBN 159199
HORTON, KNOX, CARTER & FOOTE, LLP
1230 Columbia Street, Suite 550
San Diego, CA   92101
Telephone No. (619) 595-0220
Fax No. (619) 595-0225

Attorneys for defendant/petitioner Enrique Lutteroth

# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ARIEL FREANER,<br><br>　　　　Plaintiff<br><br>v.<br><br>ENRIQUE MARTIN LUTTEROTH VALLE,<br>an individual;<br>HOTELERA CORAL, S.A. de C.V.,<br>a stock company of Baja California,<br>Republic of Mexico;<br>and DOES 1 to 10,<br><br>　　　　Defendants. | Case No. **'11CV1819 JLS  MDD**<br><br>**ENRIQUE LUTTEROTH's<br>NOTICE OF REMOVAL<br>OF ACTION**<br>UNDER 28 U.S.C. § 1441(b)<br><br>[Original Jurisdiction - Treaties<br>　9 U.S.C. §§ 205, 302] |

**TO THE CLERK OF THE UNITED STATES DISTRICT COURT**

**FOR THE SOUTHERN DISTRICT OF CALIFORNIA**:

PLEASE TAKE NOTICE that a named defendant in this action, Enrique Martin Lutteroth Valle (**"Mr. Lutteroth"**), hereby removes to this Court the state-court action described below.

/ / /

1. Around June 21, 2011, an action was commenced in the Superior Court of the State of California in and for the County of San Diego (**"State Court"**), entitled Ariel Freaner v. Enrique Martin Lutteroth Valle and HOTELERA CORAL, S.A. DE C.V. as case number 37-2011-00093218 by filing an unverified form *Complaint for Breach of Contract* (**"Complaint"**). Correct copies of the three-page, unverified, form Complaint and the eighteen-page exhibit attached thereto are attached as ***Exhibit A*** to the Index of Exhibits filed with this Notice.

2. Mr. Lutteroth is one of two named defendants. The second named defendant is HOTELERA CORAL, S.A. DE C.V., a stock company of Baja California, Republic of Mexico.

3. Upon information and belief, to date, Plaintiff has not effected service of process of the Summons and Complaint on named defendant HOTELERA CORAL, S.A. DE C.V., a stock company of Baja California, Republic of Mexico.

4. Mr. Lutteroth is a stockholder of HOTELERA CORAL, S.A. DE C.V., a stock company of Baja California, Republic of Mexico.

5. Correct copies of the *Summons* obtained from the Clerk of the State Court, the *Civil Case Cover Sheet* filed with the State Court, and the *Notice of Case Assignment* and certain *ADR Information* are attached respectively as ***Exhibit B, Exhibit C,*** and ***Exhibit D*** to the Index of Exhibits filed with this Notice.

6. Correct copies of *Enrique Lutteroth's Petition for an Order Compelling Arbitration; Notice of Petition; Memorandum of Points and Authorities; Declaration of Counsel; and Exhibits 1 - 7* and the corresponding *Proof of Service* filed with the State Court are attached as ***Exhibit E*** to the Index of Exhibits filed with this Notice.

7. Correct copies of *Defendant Enrique Lutteroth's Notice to State Court of Removal to Federal Court* and of *Defendant Enrique Lutteroth's Notice to Adverse Party of Removal to Federal Court* are attached respectively as ***Exhibit F*** and ***Exhibit G*** to the Index of Exhibits filed with this Notice.

/ / /

8. The sole exhibit to the Complaint is a written agreement titled *Freaner & Associates Service Agreement* dated June 23, 2008 (**"2008 Contract"**).

9. Article 18-d of the 2008 Contract requires arbitration of the matters covered thereunder.

10. Both Mexico and the United States are parties to the United Nations Convention on the Recognition and Enforcement of Foreign Arbitral Awards (**"New York Convention"**). The enabling statutes for the New York Convention are set forth in part at 9 U.S.C. § 201 *et seq.*, under Chapter 2 of Title 9 of the U.S. Code (Title 9 is titled "Arbitration").

11. Section 202 of Title 9 of the U.S. Code provides in relevant part that an arbitration agreement "arising out of a legal relationship, whether contractual or not, which is considered as commercial, including a transaction, contract, or agreement described in section 2 of this tile, falls under the convention." 9 U.S.C. § 202.

12. Section 203 of Title 9 provides in relevant part that U.S. district courts "shall have original jurisdiction" over any action or proceeding "falling under the Convention," because it shall be "deemed to arise under the laws and treaties of the United States." 9 U.S.C. § 203.

13. Section 205 of Title 9 provides in relevant part: "Where the subject matter of an action or proceeding pending in a State court relates to an arbitration agreement or award falling under the Convention, the defendant or the defendants may, at any time before the trial thereof, remove such action or proceeding to the district court of the United States for the district and division embracing the place where the action or proceeding is pending." 9 U.S.C. § 205.

14. Both Mexico and the United States are parties to the Inter-American Convention on International Commercial Arbitration (**"Panama Convention"**), entered into force for the United States in 1990. The enabling statutes for the Panama Convention are set forth in part at 9 U.S.C. § 301 *et seq.*, under Chapter 3 of Title 9 of the U.S. Code.

///

15. Section 302 of Title 9 expressly incorporates by reference Sections 202, 203, 204, 205, and 207 of Title 9.

16. Removal of this action is based in part on 28 U.S.C. § 1441(b), 9 U.S.C. § 205, and 9 U.S.C. § 302.

17. This action is a civil action of which this Court has original jurisdiction under 9 U.S.C. § 205, and 9 U.S.C. § 302, and is one which may be removed to this Court pursuant to the provisions of 28 U.S.C. § 1441(b) because this Court has original jurisdiction of civil actions involving: (A) arbitration agreements that deal with commercial matters; and (B-1) there is at least one party who is not a citizen of the United States; and/or (B-2) if all of the parties are citizens of the United States, where "the relationship involves property located abroad, envisages performance or enforcement abroad, or has some other reasonable relation with one or more foreign states." 9 U.S.C. § 202.

18. To the best knowledge of the subscribing attorney, the only defendant whom has been served is Mr. Lutteroth, who has caused the filing and service of this Notice of Removal.

19. This Notice is timely filed pursuant to 9 U.S.C. § 205. See also <u>Infuturia Global Ltd. v. Sequus Pharmaceuticals, Inc.</u>, 631 F.3d 1133, 1139 (9th Cir. 2011).

20. Correct copies of all "process, pleadings, and orders" obtained from the Clerk of the State Court are attached as exhibits to the Index of Exhibits filed with this Notice.

21. Mr. Lutteroth will cause to be filed a written *Notice to State Court of Removal to Federal Court* with the Clerk of the State Court no later than August 16, 2011.

22. Mr. Lutteroth will cause a *Notice to Adverse Party of Removal to Federal Court* and related removal papers to be served on the attorneys of record for Plaintiff in this action no later than August 16, 2011.

HORTON, KNOX, CARTER & FOOTE, LLP

Dated: August 15, 2011        s/Margarita Haugaard

_____
Orlando B. Foote
Margarita Haugaard
attorneys for defendant/petitioner
Enrique Lutteroth

| JS 44 (Rev. 12/07) | CIVIL COVER SHEET | '11CV1819 JLS MDD |

The JS 44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. (SEE INSTRUCTIONS ON THE REVERSE OF THE FORM.)

## I. (a) PLAINTIFFS
Ariel Freaner

## DEFENDANTS
Enrique Martin Lutteroth Valle, Hotelera Coral, S.A. de C.V.

(b) County of Residence of First Listed Plaintiff: **San Diego**
(EXCEPT IN U.S. PLAINTIFF CASES)

County of Residence of First Listed Defendant: _____
(IN U.S. PLAINTIFF CASES ONLY)

NOTE: IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE LAND INVOLVED.

(c) Attorney's (Firm Name, Address, and Telephone Number)
Law Office of James J. Warner
3233 3rd Ave, San Diego, CA 92103
(619) 243-7333

Attorneys (If Known)
Horton, Knox, Carter & Foote, LLP
1230 Columbia Street, Suite 550
(619) 595-0220

## II. BASIS OF JURISDICTION (Place an "X" in One Box Only)

- ☐ 1 U.S. Government Plaintiff
- ☒ 3 Federal Question (U.S. Government Not a Party)
- ☐ 2 U.S. Government Defendant
- ☐ 4 Diversity (Indicate Citizenship of Parties in Item III)

## III. CITIZENSHIP OF PRINCIPAL PARTIES (Place an "X" in One Box for Plaintiff and One Box for Defendant) (For Diversity Cases Only)

| | PTF | DEF | | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ☐ 1 | ☐ 1 | Incorporated or Principal Place of Business In This State | ☐ 4 | ☐ 4 |
| Citizen of Another State | ☐ 2 | ☐ 2 | Incorporated and Principal Place of Business In Another State | ☐ 5 | ☐ 5 |
| Citizen or Subject of a Foreign Country | ☐ 3 | ☐ 3 | Foreign Nation | ☐ 6 | ☐ 6 |

## IV. NATURE OF SUIT (Place an "X" in One Box Only)

| CONTRACT | TORTS | FORFEITURE/PENALTY | BANKRUPTCY | OTHER STATUTES |
|---|---|---|---|---|
| ☐ 110 Insurance | **PERSONAL INJURY** / **PERSONAL INJURY** | ☐ 610 Agriculture | ☐ 422 Appeal 28 USC 158 | ☐ 400 State Reapportionment |
| ☐ 120 Marine | ☐ 310 Airplane / ☐ 362 Personal Injury - Med. Malpractice | ☐ 620 Other Food & Drug | ☐ 423 Withdrawal 28 USC 157 | ☐ 410 Antitrust |
| ☐ 130 Miller Act | ☐ 315 Airplane Product Liability | ☐ 625 Drug Related Seizure of Property 21 USC 881 | | ☐ 430 Banks and Banking |
| ☐ 140 Negotiable Instrument | ☐ 365 Personal Injury - Product Liability | ☐ 630 Liquor Laws | **PROPERTY RIGHTS** | ☐ 450 Commerce |
| ☐ 150 Recovery of Overpayment & Enforcement of Judgment | ☐ 320 Assault, Libel & Slander / ☐ 368 Asbestos Personal Injury Product Liability | ☐ 640 R.R. & Truck | ☐ 820 Copyrights | ☐ 460 Deportation |
| ☐ 151 Medicare Act | ☐ 330 Federal Employers' Liability | ☐ 650 Airline Regs. | ☐ 830 Patent | ☐ 470 Racketeer Influenced and Corrupt Organizations |
| ☐ 152 Recovery of Defaulted Student Loans (Excl. Veterans) | ☐ 340 Marine | ☐ 660 Occupational Safety/Health | ☐ 840 Trademark | ☐ 480 Consumer Credit |
| | **PERSONAL PROPERTY** | ☐ 690 Other | | ☐ 490 Cable/Sat TV |
| ☐ 153 Recovery of Overpayment of Veteran's Benefits | ☐ 345 Marine Product Liability / ☐ 370 Other Fraud | | | ☐ 810 Selective Service |
| ☐ 160 Stockholders' Suits | ☐ 350 Motor Vehicle / ☐ 371 Truth in Lending | **LABOR** | **SOCIAL SECURITY** | ☐ 850 Securities/Commodities/Exchange |
| ☒ 190 Other Contract | ☐ 355 Motor Vehicle Product Liability / ☐ 380 Other Personal Property Damage | ☐ 710 Fair Labor Standards Act | ☐ 861 HIA (1395ff) | ☐ 875 Customer Challenge 12 USC 3410 |
| ☐ 195 Contract Product Liability | ☐ 360 Other Personal Injury / ☐ 385 Property Damage Product Liability | ☐ 720 Labor/Mgmt. Relations | ☐ 862 Black Lung (923) | ☐ 890 Other Statutory Actions |
| ☐ 196 Franchise | | ☐ 730 Labor/Mgmt.Reporting & Disclosure Act | ☐ 863 DIWC/DIWW (405(g)) | ☐ 891 Agricultural Acts |
| **REAL PROPERTY** | **CIVIL RIGHTS** / **PRISONER PETITIONS** | ☐ 740 Railway Labor Act | ☐ 864 SSID Title XVI | ☐ 892 Economic Stabilization Act |
| ☐ 210 Land Condemnation | ☐ 441 Voting / ☐ 510 Motions to Vacate Sentence | ☐ 790 Other Labor Litigation | ☐ 865 RSI (405(g)) | ☐ 893 Environmental Matters |
| ☐ 220 Foreclosure | ☐ 442 Employment | ☐ 791 Empl. Ret. Inc. Security Act | **FEDERAL TAX SUITS** | ☐ 894 Energy Allocation Act |
| ☐ 230 Rent Lease & Ejectment | ☐ 443 Housing/Accommodations / Habeas Corpus: | | ☐ 870 Taxes (U.S. Plaintiff or Defendant) | ☐ 895 Freedom of Information Act |
| ☐ 240 Torts to Land | ☐ 444 Welfare / ☐ 530 General | | ☐ 871 IRS—Third Party 26 USC 7609 | ☐ 900 Appeal of Fee Determination Under Equal Access to Justice |
| ☐ 245 Tort Product Liability | ☐ 535 Death Penalty | **IMMIGRATION** | | |
| ☐ 290 All Other Real Property | ☐ 445 Amer. w/Disabilities - Employment / ☐ 540 Mandamus & Other | ☐ 462 Naturalization Application | | ☐ 950 Constitutionality of State Statutes |
| | ☐ 550 Civil Rights | ☐ 463 Habeas Corpus - Alien Detainee | | |
| | ☐ 446 Amer. w/Disabilities - Other / ☐ 555 Prison Condition | ☐ 465 Other Immigration Actions | | |
| | ☐ 440 Other Civil Rights | | | |

## V. ORIGIN (Place an "X" in One Box Only)

- ☐ 1 Original Proceeding
- ☒ 2 Removed from State Court
- ☐ 3 Remanded from Appellate Court
- ☐ 4 Reinstated or Reopened
- ☐ 5 Transferred from another district (specify)
- ☐ 6 Multidistrict Litigation
- ☐ 7 Appeal to District Judge from Magistrate Judgment

## VI. CAUSE OF ACTION
Cite the U.S. Civil Statute under which you are filing (Do not cite jurisdictional statutes unless diversity):
9 U.S.C. §§ 205, 302; 28 U.S.C § 1441(b) - Treaties
Brief description of cause:
plaintiff alleged breach of contract

## VII. REQUESTED IN COMPLAINT:
☐ CHECK IF THIS IS A CLASS ACTION UNDER F.R.C.P. 23
DEMAND $ 170,000.00
CHECK YES only if demanded in complaint:
JURY DEMAND: ☐ Yes ☒ No

## VIII. RELATED CASE(S) IF ANY → Removed Case (See instructions):
JUDGE: Judith F. Hayes
DOCKET NUMBER: 37-2011-00093218

DATE: 08/15/2011
SIGNATURE OF ATTORNEY OF RECORD: [signature]

**FOR OFFICE USE ONLY**

RECEIPT # _____ AMOUNT _____ APPLYING IFP _____ JUDGE _____ MAG. JUDGE _____