**FREDERICK M. REICH, Esq. CSBN 157028**
**Law Offices of James J. Warner**
3233 Third Avenue
San Diego, CA  92103
Telephone No.:(619)243-7333
Facsimile No.:(619)243-7343
Email:freich@jwarnerlaw.com

Attorney for Plaintiff
Ariel Freaner

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ARIEL FREANER,<br><br>          Plaintiff,<br><br>     v.<br><br>ENRIQUE MARTIN LUTTEROTH VALLE, HOTELERA CORAL, S.A. de C.V., a stock company of Baja California, Republic of Mexico; and DOES 1 to 10<br><br>          Defendants. | CASE NO.: 11CV1819 JLS MDD<br><br>**NOTICE OF MOTION AND MOTION TO COMPEL ARBITRATION**<br><br>Date: 11/17/11<br>Time: 1:30<br>Hon. Janice L. Sammartino |

   PLEASE TAKE NOTICE that on November 17, 2011, at 1:30 p.m. before the Honorable Janice L. Sammartino, Plaintiff, Ariel Freaner, by and through his attorney, Frederick M. Reich, will move for an order compelling binding arbitration of the above-entitled matter.

                                      **LAW OFFICES OF JAMES J. WARNER**
                                      Respectfully Submitted,

Dated: <u>September 2, 2011</u>        <u>/s/ Frederick M. Reich</u>
                                      Frederick M. Reich
                                      Attorney for Plaintiff
                                      Ariel Freaner

1